**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DEXTER THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | |
| | ) | |
| | ) | |
| GEORGIA STATE FINANCE | ) | |
| INVESTMENT COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

**DISTRICT COURT NOTICE OF REMOVAL**

**TO:  The Judges of the United States District Court for the Northern**

**District of Georgia, Atlanta Division**

COME NOW Georgia State Finance Investment Commission ("GSFIC"),

Defendant in the above-styled action, by and through counsel, the Attorney

General of the State of Georgia, and pursuant to 28 U.S.C. §§ 1441 and 1446,

within the time prescribed by law, file this Notice of Removal. Defendant files this

notice subject to and without waiving any defenses available to it under state and

federal law.  Defendant respectfully shows the Court as follows:

1.

On December 15, 2022, Plaintiff Dexter Thompson filed a civil action

against the Defendant in the Superior Court of Fulton County, State of Georgia,

said action being designated as:

DEXTER THOMPSON v. GEORGIA STATE FINANCE INVESTMENT
COMMISSION, Superior Court of Fulton County, Civil Action No.
2022CV373905.

A copy of the Complaint ("Complaint") and General Civil and Domestic

Relations Case Filing Information Form are attached hereto as Exhibits "A" and

"B".

2.

On December 21, 2022, Defendant GSFIC was served with a copy of the

Complaint and the Summons. A copy of the Summons is attached hereto as Exhibit

"C".

3.

On January 3, 2023, Sheriff's Entry of Service was filed with the clerk of

courts. A copy of the Sheriff's Entry of Service is attached hereto as Exhibit "D".

4.

In the Complaint, Plaintiff appears to bring claims against Defendant under

federal law. Specifically, Plaintiff asserts claims for unlawful discrimination and

retaliation. Plaintiff includes with his Complaint a copy of a Notice of Right to Sue issued to him by the Equal Employment Opportunity Commission, a federal agency charged with the enforcement of federal anti-discrimination laws, including Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et seq.*.

6.

Plaintiff is seeking various forms of relief, including but not limited to, damages to compensate for financial and emotional distress. *See* Exhibit "A", p. 1-2, listing Plaintiff's statement of damages.

7.

Plaintiff's Complaint presents a federal question over which this Court has original subject matter jurisdiction under the provision of 28 U.S.C. § 1331, and, accordingly, is one which may be removed to this Court pursuant to 28 U.S.C. §1441(a).

8.

Defendant attaches hereto as Exhibit "E," a true and accurate copy of the Superior Court Notice of Removal *to be* filed in the Superior Court of Fulton County, State of Georgia.

3

9.

Exhibits "A" through "E" constitute all process, pleadings, and orders, which have been or will be filed in Superior Court of Fulton County, State of Georgia or which have been or will be served by or upon Defendant.

10.

Defendant consents to and submit the removal of this action within 30 days of the date the Defendant (GSFIC) was served. Defendant also consents to this notice subject to and without waiving any defenses available to the Defendant under state or federal law.

WHEREFORE, Defendant moves that this Notice of Removal be filed, that said action be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, so that no further proceedings may be had in said case in the Superior Court of Fulton County, State of Georgia.

Respectfully submitted, this 20th day of January, 2023.

CHRISTOPHER M. CARR          112505
Attorney General

BRYAN K. WEBB                743580
Deputy Attorney General

4

KATHERINE POWERS STOFF     536807
Senior Assistant Attorney General

*/s/Courtney C. Poole*

COURTNEY C. POOLE     560587
Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Tel: (404) 458-3353
cpoole@law.ga.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 20, 2023, I caused to be served the within and foregoing **DISTRICT COURT NOTICE OF REMOVAL** on the same day as e-filing the same, by depositing a copy thereof with the Federal Express or in the U.S. Mail, properly packaged, and properly addressed to the following attorneys of record for Plaintiff:

> Dexter Thompson, Pro Se
> 2766 Dearwood Dr. SW
> Atlanta, GA 30315
> THOMPSOND2011@hotmail.com

This 20th day of January, 2023.

> */s/Courtney C. Poole*
> COURTNEY C. POOLE     560587
> Assistant Attorney General
> Georgia Department of Law
> 40 Capitol Square, S.W.
> Atlanta, Georgia 30334-1300
> Tel: (404) 458-3353
> Fax: (404) 657-9932
> cpoole@law.ga.gov
>
> *Attorney for Defendant*