Fulton County Superior Court
***EFILED***JH
Date: 12/15/2022 10:36 AM
Cathelene Robinson, Clerk

IN THE _Superior_ COURT OF _Fulton_ COUNTY

STATE OF GEORGIA

_Dexter Thompson_,
Plaintiff

v.

_Georgia State Finance Investment Commission_
Defendant

CIVIL ACTION
NO. _2022CV373905_

COMPLAINT FOR _unlawful discrimination_

Now comes _Dexter Thompson_, plaintiff in the above-styled action, and states his complaint as follows:

The defendant is _GSFIC_, who is a resident of _Washington   2__ Street_, City of _Atlanta_, _____ County, Georgia, and is subject to the jurisdiction of this court.

2. List short and plain statement in separately numbered paragraphs of claim sued upon.

Unlawful discrimination also Retaliation are the claims I have in my suit. I intially want to HR about Racial discrimination from another employee. During investigation HR warned me Not to talk about the Investigation. Days after the end of the investigation a director Kevin Enort came to me asking, "Why did get Micheal Fired" From Pointon I felt my complaint was known agagagag, among the agency. I was in fear retaliation from fellow coworker who felt I wrong for going to HR

3. List statement of damages, with items of special damages stated specifically.

I have experienced financial and emotional distress after having my income taken away overwhelmed with

anxiety and depression and suicidal ideations and had to go to therapy, to keep from hurting myself. Dealing with racist innuendos from coworkers, supervisors, knowing of previous coworkers termination of the dept due to race as opposed to my white counterparts, who received lessor punishments than termination for similar acts.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ TBD together with interest and the costs of this action.

Plaintiff Dexter Thompson

Address 2760 Dearwood Dr. SW
Atlanta, GA 30815

Telephone number
(404) 840-7156

IN THE _Superior_ COURT OF _Fulton_ COUNTY
STATE OF GEORGIA

_Dexter Thompson_
Petitioner                                    Civil Action File No: 2022CV373905
vs
_Georgia State Fianance Investment Commission_
Respondent

---

VERIFICATION

I, (your name) _Dexter Thompson_ , personally appeared before the
undersigned Notary Public, and say under oath that I am the (check one :)
☑ Petitioner ☐ Respondent in the above styled action and that the facts stated in the

(name of petition, motion, complaint) _Complaint_
are true and correct.
This the _14th_ day of _December_ , 20 _22_
            [day]              [month]              [year]

_(signature)_
(Sign your name here in front of the Notary)

Name (print or type here): _Dexter Thompson_
_2766 Dearwood Dr SW_
Address:
_Atlanta, GA 30315_

Telephone number:
_(404) 840 7156_

Sworn to and subscribed before me, this
_14th_ day of _Dec._ , 20 _22_

_Marvin Wooley_
NOTARY PUBLIC
My Commission Expires: _1/21/2023_
(Notary Seal)

MARVIN WOOLEY
NOTARY
PUBLIC
COMMISSION
EXPIRES
Jan. 21, 2023
DEKALB COUNTY, GA



**INTERNAL**

# GBA ◆ GSFIC ◆ SPC

## Human Resources Form

| POLICY FORM # HR-03 | UNLAWFUL DISCRIMINATION COMPLAINT FORM | PAGE 1 OF 2 |
|---|---|---|

Employee Name: Dexter Thompson          Employee ID #: _____

Job Title: Systems Administrator     Department: I.T. _____

Work Telephone: _____     Home Phone: 404 840 7156

Best time to reach you by phone: Mornings          E-mail: Thompson2011@hotmail.com

Preferred Mailing Address: 2766 Dearwood Dr. SW _____

---

I believe I have been unlawfully discriminated against because of my (check as many as apply):

✓ Race      ___ Disability      ___ Color      ___ Age      ___ Sex      ___ Religion

___ National Origin      ___ Political Opinions or Affiliations

And/Or because of:

✓ Retaliation for having filed or participated in a previous complaint of unlawful discrimination

____ Sexual harassment in the workplace

---

Please provide the name(s) and job titles of the person or persons you allege are responsible for the unlawful discrimination, retaliation, or sexual harassment.

Lisa Sharpton, Jesse Movars, Alisa Pereira, Kevin Emert, Nan Perry

---

Please describe the factual basis for your complaint. Please provide as much detail as possible including the time and place of the discrimination, the names of any witnesses, and describe the problems you are experiencing because of the discrimination. Please continue on a separate sheet and attach any documents that support your allegation.

I filed previous discrimination Claim I was told not speck about it. And the matter would be kept secret. Once Kevin Emert approached me, asking why did I get michael Mashalees I was afraid of losing my job

Unlawful Discrimination Complaint Form – HR-03

I know once Karen Emert approached me. I knew that the word of what happened was known among the employees. Then I received a complaint because they favored Michael Maghales over me from Cheryl Ann Frazier. She had complain about Michael not being there. I felt she knew what had happend and sought to reteiliate against me for going to HR about him. In which she accused me of making a claim against her to belittle her. In the investigation was bias, in which they used Youtube and a black movie to imply meanings that were not appropierate to the accrusating against me. My accurser never stated or implied that I ofanded neither were any disciplinary stated. Opportunity to reconsite

Are you submitting additional documents? ___ yes ___ no.  If yes, how many pages are attached? _____

Requested relief: _____

_____

My signature certifies that the information contained in this Unlawful Discrimination Complaint Form and supporting documents is true and correct to the best of my knowledge.

Signature: _____          Date: 12/14/22

Hand deliver, fax, or mail this Unlawful Discrimination Complaint form and supporting documents to:

Director of Human Resources
GBA, SPC, GSFIC
2nd Floor
270 Washington Street
Atlanta, Georgia 30334
Fax 404-463-5669

For information or assistance please call the Human Resources Department at 404-463-5656.



**INTERNAL**

# GBA ◆ GSFIC ◆ SPC

## Human Resources Form

| POLICY # HR-02 | UNCLASSIFIED EMPLOYEE GRIEVANCE FORM | PAGE 1 OF 2 |
| --- | --- | --- |

Employee Name: _Dexter Thompson_          Employee ID #: _____

Job Title: _Systems Administrator II_  Department: _I.T_

Work Telephone: _____  Home Phone: _4048407156_

Best time to reach you by phone: _Mornings_          E-mail: _Thompsond2010@hotmail.com_

Preferred Mailing Address: _2766 Dearwood Dr. SW_

Supervisor's Name: _Steve Mitchell_          Supervisor's Phone #: _____

---

Please describe your grievance including the date the issue occurred, the names of other employees involved, and the names of any witnesses.

_I filed a discriminated case against Michael Magdalase, a coworker July of 2021_
_Lisa sharpton HR Director specifically told me not to speak of the matter_
_Kevin Emmet Director-Parking and Access came to me and asked,_
_"Why did you get Michael fired" I was astonished that he knew. From_
_that moment on I was afraid for my livily hood being taken away._
_That fact that he came to me and about the situation I took it as_
_everyone in the Agency knew what. I felt that Cheryl Ann Frazier_
_knew as well. And retaliation for Michael_

Are you alleging erroneous, arbitrary or capricious interpretation or application of human resource policies, personnel policies, or other procedures?   If so, please specify which policies and describe the erroneous, arbitrary or capricious interpretation or application.

_____

_____

Unclassified Employee Grievance Form – HR-02

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Are you submitting additional documents?  ___ yes ___ no.  If yes, how many pages are attached? _____

Requested relief: _____

_____

My signature certifies that the information contained in this Unclassified Service Grievance Form and supporting documents is true and correct to the best of my knowledge.

Signature: _____   Date: 12/14/22 _____

Hand deliver, fax, or mail this Unclassified Service Grievance Form and supporting documents to:

Director of Human Resources
GBA, SPC, GSFIC
2nd Floor
270 Washington Street
Atlanta, Georgia 30334
Fax 404-463-5669

For information or assistance please call the Human Resources Department at 404-463-5656.

Enclosure with EEOC
Form 161-B (01/2022)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice.** Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Mr. Dexter Thompson<br>2766 Dearwood Dr. SW<br>ATLANTA, GA 30315 | From: | Atlanta District Office<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2022-07908 | Lucy Campa,<br>Investigator | 470-531-4778 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court** **WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the filing date.

    The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Darrell Graham
09/16/2022

Enclosures(s)

**Darrell Graham**
**District Director**

cc:    Lisa Sharpton
       Georgia Building Authority
       270 Washington Street S.W. Suite 2101
       Atlanta, GA 30334

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **410-2022-07908** |
| | | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. Dexter Thompson | (404) 840-7156 | 1986 |

Street Address

2766 Dearwood Dr. SW

ATLANTA, GA 30315

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Georgia Finance Investment Commission | 15 - 100 Employees | |

Street Address

270 Washington Street SW Suite 2101

ATLANTA, GA 30334

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Race | 12/15/2021 | 01/25/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above employer on January 15, 2020, as a Systems Administrator II. On June 7, 2021, I filed a complaint of discrimination with H.R. On or about December 15, 2021, a female coworker filed complaint with Human Resources against me. On January 25, 2022, I was discharged. My separation letter does not specify the rules I violated to justify my discharge. I believe that I have been discriminated against, because of my race (African American) and in retaliation, for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Dexter Thompson** **09/16/2022** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**INTERNAL**

# GBA ◆ GSFIC ◆ SPC

## Human Resources Form

| POLICY FORM # HR-03 | UNLAWFUL DISCRIMINATION COMPLAINT FORM | PAGE 1 OF 2 |
|---|---|---|

Employee Name:_____ Employee ID #: _____

Job Title:_____ Department:_____

Work Telephone: _____ Home Phone: _____

Best time to reach you by phone:_____ E-mail: _____

Preferred Mailing Address: _____

---

I believe I have been unlawfully discriminated against because of my (check as many as apply):

____ Race    ____ Disability    ____ Color    ____ Age    ____ Sex    ____ Religion

____ National Origin    ____ Political Opinions or Affiliations

And/Or because of:

_____ Retaliation for having filed or participated in a previous complaint of unlawful discrimination

_____ Sexual harassment in the workplace

---

Please provide the name(s) and job titles of the person or persons you allege are responsible for the unlawful discrimination, retaliation, or sexual harassment.

_____

_____

_____

Please describe the factual basis for your complaint.  Please provide as much detail as possible including the time and place of the discrimination, the names of any witnesses, and describe the problems you are experiencing because of the discrimination.  Please continue on a separate sheet and attach any documents that support your allegation.

_____

_____

_____

Unlawful Discrimination Complaint Form – HR-03

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Are you submitting additional documents? ____ yes ____ no.  If yes, how many pages are attached? _____

Requested relief: _____

_____

My signature certifies that the information contained in this Unlawful Discrimination Complaint Form and supporting documents is true and correct to the best of my knowledge.

Signature: _____     Date: _____

Hand deliver, fax, or mail this Unlawful Discrimination Complaint form and supporting documents to:

> Director of Human Resources
> GBA, SPC, GSFIC
> 2nd Floor
> 270 Washington Street
> Atlanta, Georgia 30334
> Fax 404-463-5669

For information or assistance please call the Human Resources Department at 404-463-5656.